UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alicia Mauricio Diego,

                Petitioner,      Case No. 25-13288

v.                                  Judith E. Levy
                                       United States District Judge

Kevin Raycraft, Immigration and
Customs Enforcement, Detroit      Mag. Judge Anthony P. Patti
Field Office, Field Office Director of
Enforcement and Removal
Operations, *et al.*

                Respondents.

_____/

## ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM LOCAL RULE 83.20 [7]

Before the Court is Petitioner Alicia Mauricio Diego's motion to proceed without local counsel. (ECF No. 7.) Petitioner indicates that Respondents do not object to the motion. (*Id.* at PageID.89.) The Court has reviewed the motion and finds that there is good cause to waive the requirement under Eastern District of Michigan Local Rule 83.20(f) that Petitioner's attorney identify local counsel. Accordingly, Petitioner's motion to proceed without specifying local counsel is GRANTED.

IT IS SO ORDERED.

Dated: November 4, 2025        s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2025.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager